16242

KALBER v. REDFEARN ET AL.

(54 S. E. (2d) 791)

*Messrs. Sinkler, Gibbs & Simons,* of Charleston, *for Appellant,*

*Mr. John F. Wilmeth,* of Hartsville, *for Respondents,*

July 29, 1949.

PER CURIAM.

Being satisfied that the Honorable J. Woodrow Lewis, Circuit Judge, correctly decided all issues in this case, we direct that the Decree filed by him, omitting the last paragraph, be published as the opinion of this Court.

All exceptions are overruled, and the judgment affirmed.